# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08CV74-RLV

| | |
|---|---|
| JUNE H. HULL,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>    Defendant.  )<br>_____  ) | **O R D E R** |

Defendant, Michael J. Astrue, the Commissioner of Social Security ("Commissioner"), has moved this court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings. Plaintiff consents to this motion.

On remand, the Appeals Council will direct the Administrative Law Judge ("ALJ") to further evaluate the Plaintiff's residual functional capacity. The ALJ will also allow Plaintiff to provide further evidence of her medical condition and, to the extent that she has limitations on her ability to interact with the public, the frequency of this limitation is to be described with specificity and included in any hypothetical presented to a vocational specialist. The ALJ will then issue a new decision based on all of the evidence of record.

Pursuant to the power of this court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g) this court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: November 4, 2008

Richard L. Voorhees
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JUNE H. HULL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | 5:08-CV-00074-RLV |

JUDGMENT

Pursuant to the Consent Order of this Court dated _____, 2008 and filed on _____, 2008 and for the reasons stated therein, Judgment is hereby entered reversing the Decision of the Commissioner of Social Security and remanding this case to the Agency for further proceedings consistent with the aforementioned Consent Order.

This the \_\_\_\_ day of _____, 2008.

_____