# United States District Court
## For The Western District of North Carolina
### Statesville Division

JUNE H. HULL,

           Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:08CV74

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

           Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 4, 2008, Order.

           Signed: November 4, 2008

           Frank G. Johns, Clerk
           United States District Court